```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

STEPHANIE E. COOK,

      Plaintiff,

v.                                    Civil Action No. 2:13-cv-30155

CAROLYN W. COLVVN,
Acting Commissioner of the
Social Security Administration,

      Defendant.


## MEMORANDUM OPINION AND ORDER

      The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered on January 5, 2015; and the magistrate judge having recommended that the court deny plaintiff's motion for judgment on the pleadings; affirm the final decision of the Commissioner, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

      1.    The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

      2.    The plaintiff's motion for judgment on the pleadings be, and it hereby is, denied;

   3. The decision of the Commissioner be, and it hereby is, affirmed.

   The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

            DATED: January 30, 2015

            _____
            John T. Copenhaver, Jr.
            United States District Judge